United States District Court
Southern District of Texas
**ENTERED**
May 27, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHERYL DURBIN, § § § *Plaintiff,* § § V. § § CLEAR BLUE INSURANCE COMPANY, § § *Defendant.* § § § | CIVIL ACTION NO: 4:21-CV-00898 (JURY) |

**ORDER OF DISMISSAL**

The Court, having reviewed the *Joint Stipulation of Dismissal* ("Joint Stipulation") submitted by Plaintiff Cheryl Durbin and Defendant Clear Blue Insurance Company, and for good cause shown, hereby GRANTS the Joint Stipulation in its entirety.

IT IS, THEREFORE, ORDERED that the above-captioned lawsuit (together with all claims and counterclaims asserted therein by or against any party to this lawsuit) is hereby DISMISSED with prejudice; that no party to the lawsuit shall be taxed any costs or fees in connection with this lawsuit or this order; and that the Clerk of the Court is directed to close this case in due course.

IT IS SO ORDERED,

DATED: MAY 2 6 2022 , 2022

_____
JUDGE PRESIDING